# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER KOMARENKO, | CASE NO. 1:07-cv-01473 OWW DLB PC |
| Plaintiff, | ORDER RE PLAINTIFF'S MOTION FOR RELIEF FROM FINAL JUDGMENT |
| v. | (Doc. 15) |
| WILLIAM H. McCARTHY, et al., | |
| Defendants. | ORDER VACATING ORDER ADOPTING FINDINGS AND RECOMMENDATIONS ISSUES [Doc. 13] |
| | ORDER DIRECTING CLERK OF COURT TO REINSTATE ACTION AND TO SEND TO PLAINT IFF THE FINDINGS AND RECOMMENDATIONS ISSUED JUNE 17, 2008 [Doc. 12] |
| / | OBJECTIONS TO FINDINGS AND RECOMMENDATIONS DUE WITHIN 30 DAYS |

I.   **Procedural Background**

Plaintiff Alexander Komarenko ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on October 10, 2007. On June 17, 2008 this court issued a Findings and Recommendations recommending that this action be dismissed for plaintiff's failure to state a claim upon which relief may be granted, with any objections due within thirty days. (Doc. 12). No objections were filed and on August 1, 2008, the Court then issued an Order adopting the Findings and Recommendations, and dismissed this action (Doc. 13).

On August 18, 2008, plaintiff filed a motion for relief from the Court's order, pursuant to

Rule 60(a). Plaintiff states that he never received a copy of the Court's Findings and Recommendations, and asserts that the Court has made an "error in judgment". Plaintiff requests that this action be set for jury trial.

**II.      Plaintiff's Motion for Relief from Judgment**

A review of the Court docket indicates that plaintiff was served with a copy of the Findings and Recommendations on June 17, 2008, and therefore there is no basis for a Rule 60(a) motion for relief from judgment based on clerical mistake, or a mistake arising from oversight or omission. However, in light of the evidence submitted by plaintiff showing that he did not receive the Court's Findings and Recommendations, the Court shall grant plaintiff's request for relief from judgment pursuant to Rule 60(b)(6).

**III.     Conclusion**

Accordingly, the Court HEREBY ORDERS as follows:

1.  The Court's order issued August 1, 2008 is hereby vacated;
2.  The Clerk of the Court is directed to reinstate this action;
3.  The Clerk of the Court is directed to send to plaintiff a copy of the Findings and Recommendations issued June 17, 2008; and
4.  Any objections to the Court's Findings and Recommendations are due within thirty (30) days of service of this order.

IT IS SO ORDERED.

**Dated:    September 30, 2008**                   /s/ Oliver W. Wanger
                                                   UNITED STATES DISTRICT JUDGE