# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER KOMARENKO, | CASE NO. 1:07-cv-01473 OWW DLB PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION FOR FAILURE TO STATE A CLAIM |
| v. | |
| WILLIAM H. McCARTHY, et al., | |
| Defendants. | |

Plaintiff Alexander Komarenko ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On June 17, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days. Plaintiff did not file an objection and the Court issued an order adopting the Findings and Recommendations in full, and closed this action

On August 18, 2008 plaintiff filed a motion stating that he did not receive the Findings and Recommendations. The Court then vacated the Order adopting the Findings and Recommendations, and ordered plaintiff to file an objection within thirty (30) days. (Doc. 16). Plaintiff filed an Objection to the Findings and Recommendations on October 17, 2008..

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed June 17, 2008, is adopted in full; and
2. This action is dismissed for plaintiff's failure to state a claim upon which relief may be granted.

IT IS SO ORDERED.

**Dated:    November 26, 2008**             /s/ Oliver W. Wanger
                                      UNITED STATES DISTRICT JUDGE